1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BRYAN CAVE LLP**
HARRY R. STANG, California Bar No. 34352
PAMELA CARROLL CALVET, California Bar No.  112612
CHELSEA D. SPUCK, California Bar No. 217746
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:     (310) 576-2100
Facsimile:     (310) 576-2200
E-Mail:     hstang@bryancave.com
               pcalvet@bryancave.com
               chelsea.spuck@bryancave.com

FILED
CLERK, U.S. DISTRICT COURT

FEB - 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Attorneys for Defendant
DC ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE SOUTHERN
CALIFORNIA IBEW-NECA PENSION
PLAN, et al.,

           Plaintiffs,

    vs.

DC ASSOCIATES, INC., a California
corporation,

          Defendant.

CASE NO.:  CV08-04211 R (JTLx)

[~~PROPOSED~~] **PROTECTIVE
ORDER**

Honorable Manuel L. Real
Courtroom 8

BRYAN CAVE LLP
120 BROADWAY SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1

# [PROPOSED] ORDER

2       Having read the foregoing stipulation of Plaintiffs Trustees of the Southern

3   California IBEW-NECA Pension Plan, et al. and Defendant DC Associates, Inc.,

4   and good cause appearing therefor, the stipulated protective order is approved.

5      **IT IS SO ORDERED.**

6

7   Dated:  Feb. 5, 2009

8                                  Honorable Manuel L. Real

9                                  United States District Court Judge

10

       **The Protective Order Shall not**
11         **apply to any document disclosing**
       **a violation of law or order of a**
12         **court of competent jurisdiction.**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2