JS-6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND; TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; TRUSTEES OF THE INLAND EMPIRE LABOR-MANAGEMENT COOPERATION COMMITTEE; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE; TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE; TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL HEALTH & WELFARE TRUST FUND; LOS ANGELES ELECTRICAL WORKERS CREDIT UNION; CONTRACT COMPLIANCE FUND; NATIONAL ELECTRICAL INDUSTRY FUND; and ADMINISTRATIVE MAINTENANCE FUND,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DC ASSOCIATES, INC, a California corporation,<br><br>      Defendant. | CASE NO.: CV08-04211 R (JTLx)<br><br>**JUDGMENT** |

1    On April 20, 2009, this action came on regularly for hearing, before the above-entitled Court, on Plaintiffs' motion for summary judgment.  J. Paul Moorhead of Laquer, Urban, Clifford & Hodge LLP appeared as counsel for Plaintiffs.  Jamie L. Johnson appeared as attorney for defendant DC Associates, Inc.

Having fully considered all briefs, arguments, evidence and other matters presented, the Court finds that there is no disputed issue of material fact remaining for trial and concludes that Plaintiffs are entitled to judgment as a matter of law, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiffs shall recover from Defendant DC Associates, Inc., the principal amount of $258,326.74, plus attorney's fees and court costs together with post-judgment interest as provided by law.

DATED:  April 20, 2009        _____
                              UNITED STATES DISTRICT COURT JUDGE

200930.1