UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DC ASSOCIATES, INC, a California corporation,<br><br>　　　　　Defendant. | CASE NO.: CV08-04211 R (JTLx)<br><br>Assigned to the Honorable Manuel L. Real, United States District Judge<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES** |

　　　Plaintiffs' Motion for Award of Attorney's Fees came on regularly for hearing on June 15, 2009, in the above-referenced Court, the Honorable Manuel L. Real, United States District Judge, presiding. J. Paul Moorhead of Laquer, Urban, Clifford & Hodge LLP appeared as attorney for all plaintiffs. No other appearances were made. After full consideration of the evidence, and the authorities submitted by counsel, the Court issues the following order:

　　　IT IS ORDERED that the plaintiffs' Motion for Award of Attorney's Fees is GRANTED and that the Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Riverside County Electrical Education and Training Trust Fund, Trustees of the

215489.1

National Electrical Benefit Fund, Trustees of the Inland Empire Labor-Management Cooperation Committee, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Trustees of the Riverside County Electrical Health & Welfare Trust Fund, Los Angeles Electrical Workers Credit Union, Contract Compliance Fund, National Electrical Industry Fund and Administrative Maintenance Fund, shall recover from DC Associates, Inc., a California corporation, the amount of $65,243.50 for attorney's fees.

DATED: June 17, 2009            _____
                                UNITED STATES DISTRICT JUDGE


Respectfully Submitted,

Dated: June 16, 2009            LAQUER, URBAN, CLIFFORD & HODGE LLP


                                By: */ S / - J. Paul Moorhead*
                                    J. Paul Moorhead, Counsel for Plaintiffs,
                                    Trustees of the Southern California IBEW-NECA
                                    Pension Plan, et al.