JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCA-TIONAL AND TRAINING TRUST FUND; TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND; TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; TRUSTEES OF THE INLAND EMPIRE LABOR-MANAGEMENT COOPERATION COMMITTEE; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE; TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE; TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL HEALTH & WELFARE TRUST FUND; LOS ANGELES ELECTRICAL WORKERS CREDIT UNION; CONTRACT COMPLIANCE FUND; NATIONAL ELECTRICAL INDUSTRY FUND; and ADMINISTRATIVE MAINTENANCE FUND,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DC ASSOCIATES, INC, a California corporation.<br><br>      Defendant. | CASE NO.: CV08-04211 R (JTLx)<br><br>**JUDGMENT** |

1

Judgment

343497

This action having been commenced on June 25, 2008, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendant DC Associates, Inc., and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Southern California IBEW-NECA Health Trust Fund, Los Angeles County Electrical Educational and Training Trust Fund, Riverside County Electrical Education and Training Trust Fund, National Electrical Benefit Fund, Inland Empire Labor-Management Cooperation Committee, Southern California IBEW-NECA Labor-Management Cooperation Committee, National IBEW-NECA Labor-Management Committee, Riverside County Electrical Health & Welfare Trust Fund, Los Angeles Electrical Workers Credit Union, Contract Compliance Fund, National Electrical Industry Fund, and Administrative Maintenance Fund, shall recover from defendant DC Associates, Inc., the principal amount of $341,511.50, together with post-judgment interest as provided by law from the date judgment is entered until paid in full.

Dated: September 20, 2010   _____
UNITED STATES DISTRICT JUDGE